IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KIMBERLY K. EASTERBROOK, | ) | Case. No. 4:09-CV-3239 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| MICHAEL J. ASTRUE, | ) | |
| COMMISSIONER OF THE SOCIAL | ) | |
| SECURITY ADMINISTRATION | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the Plaintiff's Motion for Extension of Time in which to file her initial brief. This Motion is unopposed.

IT IS ORDERED:

The Plaintiff's Motion for Extension of Time in which to file Plaintiff's initial brief is granted. Plaintiff shall file her brief on or before May 10, 2010.

DATED this 8th day of April, 2010.


BY THE COURT:


s/ Joseph F. Bataillon
Chief District Judge